# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, *on behalf of himself and all others similarly situated,* )<br><br>Plaintiff, )<br><br>v. )<br><br>HUMBLE FASHION, LLC, )<br><br>Defendant. ) | Case No.: 1:19-cv-07745<br>Judge John Kness |

## **STIPULATION OF DISMISSAL**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulateto the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with no award for attorney's fees, costs, and expenses to be ordered by the Court.

Dated: October 13, 2020

    Kramer Injury Law LLC
    By: */s/ R. Joseph Kramer*
    R. Joseph Kramer, Esq.
    225 W. Washington Street, Suite 2200
    Chicago, IL 60606
    Tel: (312) 775-1012
    Joe@rjklawyer.com
    *Attorneys for Plaintiff*

    Jackson Lewis P.C.
    By: */s/ Katherine H. Oblak*
    Katherine H. Oblak
    150 North Michigan Avenue, Suite 2500
    Chicago, IL 60601
    (312) 803-2545
    Katherine.Oblak@jacksonlewis.com
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on октябрь 26, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer